**Order entered December 8, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00450-CV

### JAMES T. CHAO, Appellant

### V.

### PLANO BUILDING STANDARD COMMISSION, CITY OF PLANO, TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-05450-2016**

## ORDER

We **REINSTATE** this appeal.

By order dated November 8, 2017, we ordered the trial court to conduct a hearing and make written findings of fact regarding the accuracy of the reporter's record. On December 5, 2017, a supplemental clerk's record was filed containing the trial court's written findings of fact. The trial court found that the reporter's record does not contain any inaccuracies. We **ADOPT** the trial court's findings.

Before the Court is appellant's December 1, 2017 typewritten "Motion to Report on Hearing Issues from 401st District Court and with My Further Request for Your Guidance and Direction for Further Pursuit." We **DENY** the motion.

Also before the Court is appellant's December 1, 2017 handwritten motion.  This motion is illegible and difficult to read.  It appears appellant is asking this Court to reverse the trial court's order that is the subject of this appeal.  We **DENY** the motion.  Appellant shall address his arguments for reversal of the appealed order in his brief on the merits.

Appellant's brief is due **January 5, 2018**.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE